## GRANITE BITUMINOUS PAVING CO. *v.* LANDIS.

### APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF MINNESOTA.

No. 528. Submitted May 3, 1909.—Decided May 17, 1909.

The Circuit Court has not jurisdiction of a suit against a number of delinquent taxpayers for assessment work where the assessment due from each taxpayer is less than two thousand dollars.

APPELLANT (complainant below) filed its bill against a large number of defendants to foreclose on special tax bills for assessment work done and for which defendant's property was liable. The assessments aggregated more than two thousand dollars, but each assessment was less than that amount. The Circuit Court dismissed the bill, holding that complainant had a separate and distinct action at law in the state court on each special tax bill, and that as each was less than two thousand dollars the Federal courts had no jurisdiction. Complainant appealed directly to this court.

*Mr. W. L. Sturdevant* for appellant.

There was no appearance for appellee.

*Per Curiam:* The Circuit Court properly held that it had no jurisdiction, for want of the jurisdictional amount, and its decree dismissing the bill is affirmed with costs.